UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COUNTY OF MONMOUTH, a Body Corporate and Politic of the State of New Jersey, Individually and *Ex Rel.*, for the Benefit of Citizen Relators of Monmouth County Having an Interest in this Matter<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br><br>Defendant. | Civil Action No. 09-769 (JAP)<br><br>**ORDER** |

Presently before the Court is a motion by defendant Federal Emergency Management Agency to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6). Also before the Court is a motion by plaintiff the County of Monmouth to stay the implementation of flood rate insurance maps. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 24th day of September, 2009,

**ORDERED** that Defendant's motion is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED**; and it is further

**ORDERED** that Plaintiffs' motion to stay is **DENIED**.

/s/ JOEL A. PISANO
United States District Judge